## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria  **Division**

In re  Michelle Naomi Campbell-Thomas

Case No.  15-12232-RGM

Debtor(s)               Chapter  13

## ORDER OF DISMISSAL
## FOR FAILURE TO COMMENCE PAYMENTS UNDER CHAPTER 13 PLAN

The Chapter 13 Trustee having certified to the Clerk that the above Chapter 13 debtor(s) failed to commence payments proposed in the Chapter 13 Plan as required by 11 U.S.C. 1326(a)(1) within 30 days after the date of the filing of the plan or the order for relief, whichever is earlier; it is, therefore

**ORDERED**, pursuant to Local Rule 3070-1(C), that the above case be dismissed; and it is further

*[If appropriate]*     **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00 to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date: August 17, 2015           By /s/ Elizabeth Voehl
                                   Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

August 17, 2015

[odis13pa ver. 12/09]